**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 3:26-CR-00141**

**VERSUS**                                                            **JUDGE DAVID C. JOSEPH**

**TAUREAN O. WILLIAMS**                         **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 24], having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of Defendant Taurean O. Williams and adjudges him guilty of the offense charged in Count One of the Indictment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts Defendant's agreement to forfeit and abandon any claim, right, title, or interest he may have in the firearm(s) and ammunition referenced in the Indictment.

THUS, DONE AND SIGNED in Chambers on this 30th day of June 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE